**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

SCARLETT BRICENO, individually and on behalf of all those similarly situated,

*Plaintiff,*

v.

SPANISH BROADCASTING SYSTEM INC. D/B/A LA MUSICA,

*Defendant.*

C.A. No. 2026-002082-CA-0 1

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant Spanish Broadcasting System Inc. ("Spanish Broadcasting") hereby removes this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami Division. The removal of this action is based on the following:

1. On or about February 2, 2026, Plaintiff commenced this action by filing a Class Action Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, captioned SCARLETT BRICENO, individually and on behalf of all those similarly situated, Plaintiff, v. SPANISH BROADCASTING SYSTEM INC. D/B/A LA MUSICA, Defendant, Filing # 240753006 ("the State Action"). True and correct copies of all documents that were filed in the State Action are attached hereto as Exhibit 1.

2. The State Action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 because the State Action arises under the Telephone Consumer Protection Act of 1991, Pub. L. No. 102-243, 105 Stat. 2394 (1991) (codified at 47 U.S.C. § 227) ("the TCPA").

3. As the Supreme Court has held, private actions under the TCPA arise under federal law, and federal courts therefore have original jurisdiction over such TCPA claims under 28 U.S.C. § 1331. *Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 377 (2012). Accordingly, TCPA claims that are filed in state court are properly removable to federal court. *See id.* at 386 n.15.

4. Because this Court has original jurisdiction under 28 U.S.C. § 1331, this action is removable by Spanish Broadcasting under 28 U.S.C. § 1441(a).

5. As per 28 U.S.C. § 1446(a), this case is properly removed to the United States District Court for the Southern District of Florida, Miami Division.

6. Plaintiff purported to serve process on Spanish Broadcasting on February 4, 2026.

7. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1), as it is being filed within 30 days after Spanish Broadcasting's receipt of the Summons and Complaint.

8. Because Spanish Broadcasting is the sole defendant in the State Action, there is no other party that must consent to removal under 28 U.S.C. § 1446(b)(2)(A).

9. As per 28 U.S.C. § 1446(d), Spanish Broadcasting will promptly provide written notice to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, after filing this Notice of Removal.

WHEREFORE, Spanish Broadcasting respectfully removes this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami Division.

Dated: February 23, 2026

Respectfully submitted,

*/s/ Ben Natter*
Ben Natter, Esq.
Florida Bar No. 1050054
Haug Partners LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800
*bnatter@haugpartners.com*
*Attorneys for Defendant*